UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: Tyson Lewis, | Chapter 7 |
| Debtor. | Case No. 14-27565-SVK |

| | |
|---|---|
| Neil Schmeckpeper and<br>Stella Schmeckpeper | |
| Plaintiffs, | |
| v. | Adversary Proceeding<br>Case No. 14-02478-SVK |
| Tyson Lewis, | |
| Defendant. | |

## MOTION FOR SUMMARY JUDGMENT

NOW COMES the above referenced Defendand/Debtor Tyson Lewis, by Attorney Jared M. Nusbaum, and hereby moves the Court for Summary Judgment against the Plaintiff, pursuant to Federal Rule of Bankruptcy Procedure 7056. In support of this Motion, the Debtor relies on the Brief in Support of Summary Judgment and the accompanying Affidavits.

Dated tis 28th day of January, 2015 at West Allis, Wisconsin

*/s/ Jared M. Nusbaum*
_____
Jared M. Nusbaum

THE LAW OFFICES OF ROLLIE R. HANSON, S.C.
6737 West Washington Street, Suite 1420
West Allis, Wisconsin 53214
(414)321-9733 Fax (414)321-9601
jared@hansonlaw.net

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: Tyson Lewis, | Chapter 7 |
| Debtor. | Case No. 14-27565-SVK |

| | |
|---|---|
| Neil Schmeckpeper and<br>Stella Schmeckpeper | |
| Plaintiffs, | |
| v. | Adversary Proceeding<br>Case No. 14-02478-SVK |
| Tyson Lewis, | |
| Defendant. | |

## NOTICE OF MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that the above-referenced Defendant/Debtor, Tyson Lewis, by his attorneys, Law Office of Rollie R. Hanson, S.C., by Attorney Jared M. Nusbaum, has filed a motion for Summary Judgment.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

**A Hearing on the Defendant's Motion for Summary Judgment will be held on February 24, 2015 at 1:00 P.M. in Room 167 of the United States Courthouse located at 517 E. Wisconsin Avenue, Milwaukee, WI 53202.**

A response to the Summary Judgment Motion, including all briefs and affidavits must be filed with the Court no later than February 17, 2015. If you mail your response to the Court, it must be mailed early enough so the Court receives it on or prior to February 17, 2015.

If you mail the response, you must mail it to the following address:

Clerk, United States Bankruptcy Court
Room 126, Federal Building
517 E. Wisconsin Avenue,
Milwaukee, WI 53202

You must also mail a copy of your objection to:

Attorney Jared M. Nusbaum
Law Office of Rollie R. Hanson, S.C.
6737 W. Washington Street, Suite 1420
West Allis, WI 53214

Dated this __28th_____ of ___January___, 2015.

*/s/ Jared M. Nusbaum*

_____
Jared M. Nusbaum

THE LAW OFFICES OF ROLLIE R. HANSON, S.C.
6737 West Washington Street, Suite 1420
West Allis, Wisconsin 53214
(414)321-9733 Fax (414)321-9601
jared@hansonlaw.net

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| In re: Tyson Lewis, | Chapter 7 |
|---|---|
| Debtor. | Case No. 14-27565-SVK |

Neil Schmeckpeper and
Stella Schmeckpeper

    Plaintiffs,

v.

Adversary Proceeding
Case No. 14-02478-SVK

Tyson Lewis,

    Defendant.

### AFFIDAVIT OF SERVICE

STATE OF WISCONSIN   )
                                     (SS
COUNTY OF MILWAUKEE  )

    Jared M. Nusbaum being first duly sworn on oath, deposes and says that on January 28, 2015 he served via CM/ECF and by first-class mail, at West Allis, Wisconsin, a true and correct copy of the *Notice and Motion for Summary Judgment* to the following creditors and parties of interest listed below:

Attorney Thomas Awen                Via CM/ECF and First Class Mail
740 N. Plankinton Avenue, Suite 530
Milwaukee, WI 53203

                                                                                           /s/ Jared M. Nusbaum

                                                                                       Jared M. Nusbaum

Subscribed and sworn to before
me this 28th day of January, 2015       LAW OFFICE OF ROLLIE R. HANSON, S.C.
                                                       6737 W. Washington Street, Suite 1420
./s/ Rollie R. Hanson                            West Allis, WI 53214
                                                       (414) 321-9733/facsimile (414) 321-9601
Rollie R. Hanson                                   jared@hansonlaw.net
Notary Public, State of Wisconsin
My Commission is Permanent